IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**KIMBERLY C.,**
                     Plaintiff,

        v.                          CIVIL ACTION NO. 2:25-cv-51

**FRANK BISIGNANO,** Commissioner of
Social Security,
                   Defendant.

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation on Kimberly C.'s ("Appellant") Brief and Frank Bisignano's ("Commissioner") Brief in Support of the Commissioner's Decision. ECF Nos. 10, 11. On August 8, 2025, these matters were referred to a United States Magistrate Judge for a report and recommendation.

On October 3, 2025, the Magistrate Judge filed his report recommending that Appellant's appeal of the Commissioner's final decision and request for a remand be **GRANTED**. ECF No. 13. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed October 3, 2025. It is therefore **ORDERED** that the Commissioner's decision be **VACATED** and **REMANDED**.

The Clerk shall mail a copy of this final Order to counsel for all Parties.

    **IT IS SO ORDERED.**

Norfolk, Virginia
February 20, 2026

                                                       /s/
                                           Raymond A. Jackson
                                           United States District Judge